CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 25 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON R'EAL LOCKETT, SR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7-11-cv-00125 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SHERIFF OCTAVIA JOHNSON, ) | By: Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant. ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Defendant's motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a) is hereby **GRANTED**, Plaintiff's motion for release of records is **DENIED**, Plaintiff's complaint is dismissed without prejudice, and the action is stricken from the active docket of the court.

ENTER: This 24th day of August, 2011.

/s/ Glen E. Conrad
Chief United States District Judge